DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILSON PIERRE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D22-2760

[March 30, 2023]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 50-2007-CF-005269-AXXX-MB.

Louis G. Carres, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***